UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Juan Giraldo

vs. C.A. No. 07-172S
Cr. No. 04-74S

United States of America

ORDER

The Government is hereby ordered to file its response to the Plaintiff's "Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody." Said response will be filed on or before **June 5, 2007.**

By Order,

Karen Baldinelli
Deputy Clerk

ENTER:

W Smith
William E. Smith
U.S. District Judge

Date: 5/16/07