UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Juan Giraldo
Plaintiff(s)

v. Dkt. No. 07-172-S

United States of America
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Juan Giraldo hereby moves that ______________________________ be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Juan Giraldo
(Plaintiff/Defendant)

By: Edward R. McCormick, III
Bar ID No.: 4635
Address: 359 Broad Street
Providence, RI 02907

DATED: September 20, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Ohio ______________________ and of the following Federal District Court and/or Court of Appeals Bar(s) ______________________, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

Form 1 (cont'd)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Kevin M. Schad 0061802
Print Name State Bar ID #

Schad & Schad
Firm Name

1001 W. Main St., Ste. F, Lebanon, OH 45036
Business Address

513-933-9333 513-933-9375
Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Ed McCormick
Print Name R.I. Bar ID #

P O Box 6126, Providence, RI 02940-6126
Firm and Business Address

Tel. # ~~401-490-7842~~ Fax # 401-490-7844
401-351-3441

## ORDER

This motion is hereby ____________________

____________________
District Judge

Date:

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

---

## CERTIFICATE OF GOOD STANDING

I, James Bonini, Clerk of this Court, certify that

**KEVIN MICHAEL SCHAD, #0061802**

was duly admitted to practice in this Court on

January 10, 1994

and is in good standing as a member of the Bar of this Court.

Dated at Cincinnati, Ohio on June 20, 2006

Shauntel Jackson, Deputy Clerk

**JAMES BONINI, CLERK**