**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**JUAN GIRALDO,**
**Petitioner** :
:
**VS** : **Case No. 07-172S**
:
**UNITED STATES OF AMERICA**
**Respondent** :

**MOTION TO FILE OUT OF TIME REPLY**

**COMES NOW**, newly retained counsel for the Petitioner herein, and requests that this Court allow him to file an out of time reply in this matter to the Governments Response filed on June 1, 2007. In support thereof counsel states the following:

1. That he is newly retained and has not had the opportunity to brief the issues raised in the 2255.
2. That the Government's response was never served on Mr. Giraldo and Mr. Giraldo was unaware until the time that he retained counsel that there was even a response filed in his case.
3. That counsel is sending a copy of the response to petitioner Giraldo today.

WHEREFORE, counsel respectfully requests that this Court allow him to file and out of

time reply in this matter.

Respectfully submitted,

By His Attorney

_/s/ Kevin Schad_______________________

Kevin M. Schad
SCHAD & SCHAD
1001 W. Main St. Ste. F
Lebanon, OH 45036
513-933-0333
513-933-9375 (Fax)

Respectfully submitted,

By His Attorney

_/s/ Edward R. McCormick, III________

Edward R. McCormick, III
359 Broad Street
Providence, Rhode Island 02907
401-351-3441
Bar # 4635

**CERTIFICATION**

I hereby certify that a copy of the within Motion has been mailed, postage prepaid, to William Weinreb, Esq., US Attorneys Office, US Courthouse, 1 Courthouse Way, Ste.9200, Boston MA 02210, 617-748-3100 this _____ day of ________________, 2007

_/s/ Edward R. McCormick, III
Edward R. McCormick, III