**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JUAN GIRALDO,** | * | |
| **Petitioner** | | |
| | * | **Case No. 07-172-S** |
| **Vs.** | * | |
| **UNITED STATES OF AMERICA,** | * | |
| **Respondent** | | |
| | * | |

**NOTICE OF APPEAL**

The Petitioner herein provides his notice of intent to appeal to the First Circuit Court of Appeals from the Court's Order of December 20, 2007.

Respectfully submitted,

s/Kevin M. Schad

Kevin M. Schad
SCHAD & SCHAD
1001 W. Main St, Suite F
Lebanon OH 45036
513.933.9333; Fax 513.933.9375
Email: kevinschad@yourattorneys.net

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document has been sent this ________ day of _____________, 2008, by regular U S Mail with sufficient postage affixed thereto to ensure delivery, and addressed to :

William Weinreb
U S Attorney's Office
U S Courthouse
1 Courthouse Way, Ste. 9200
Boston, MA 02210
**617-748-3100**
**617-748-3965;fax**

___________
Ed McCormick
359 Broad St.
Providence, RI 02907
**401-351-3441**